**richard rosenstock** <richard.rosenstock@gmail.com>  Thu, Dec 30, 2021, 4:57 PM
to Michael,, Sondra,, Elishia, Samantha,, Daniel, Katherine

Mr., Nunez,

The documents sought by the subpoena were due today.  They were not produced nor was a Motion for Protective Order filed.  Thus, as we view it, the Board is acting improperly and unlawfully and is required to produce the documents sought in the properly issued subpoena.  The documents sought in the subpoena are clearly relevant to the issues in this lawsuit raised against Defendant Olivares and Defendant County of Santa Fe.  This lawsuit alleges that Defendant Olivares acted with deliberate indifference and/or in a negligent manner in his treatment of Carmela DeVargas.  Items No. 1 and 2 seek information regarding Olivares' treatment of Ms. DeVargas.  The plaintiff in the case, Antonio DeVargas, filed a complaint with the Medical Board regarding this matter.  Presumably the Board fulfilled its duty to investigate the complaint and required Defendant Olivares to respond to the complaint.

Likewise the information sought in Item 3 concerning other complaints against Olivares is relevant to the negligent supervision claims brought against the County.

Your letter does not cite any case law that holds that the documents sought in the subpoena are privileged and not discoverable in a federal civil rights lawsuit or in any federal litigation.  A subpoena is not an IPRA request.  We are certainly willing to enter into an appropriate protective order that ensures that the documents will only be used in the course of this litigation.  We ask that you give consideration to this idea and send us a draft protective order.  If this is not agreeable to you, you need to file an appropriate motion in the United States District Court proceeding.

We will wait until later next week to hear from you before moving to enforce the subpoena.

Sincerely,

Richard Rosenstock
Daniel Yohalem

Attorneys for the Plaintiffs

# EXHIBIT 1