# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ANTONIO DEVARGAS, as the Personal Representative
of the Estate of Carmela DeVargas, deceased, and
A.D., by and through his Adoptive Father and
Next Friend Antonio DeVargas,**

     **Plaintiff,**

v.                                                               1:21-cv-00271-RB-SCY

**THE BOARD OF COUNTY COMMISSIONERS
FOR SANTA FE COUNTY and PABLO SEDILLO
III, DEREK WILLIAMS, MELEQUIDES
OLIVARES, LIEUTENANT ROJAS and CAPTAIN
RIOS, in their Individual Capacities,**

     **Defendants.**

## NOTICE OF EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT OLIVARES' MOTION TO QUASH

Defendant Olivares hereby notifies the Court that the Plaintiffs in this case have agreed to an extension of time for the Defendants' Reply to Plaintiff's Response to Defendant Olivares' Motion to Quash until January 31, 2021. The Defendants will file their Reply to Plaintiff's Response to Defendants' Motion to Dismiss on or before that date.

                                            Respectfully submitted,

                                            CONKLIN, WOODCOCK & ZIEGLER, P.C.

                                            By: */s/ Christa M. Hazlett*
                                                  Christa M. Hazlett
                                                  320 Gold Ave SW, Suite 800
                                                  Albuquerque, NM  87102
                                                  Telephone:  (505) 224-9160
                                                  cmh@conklinfirm.com
                                                  *Attorney for Defendants County of Santa Fe*
                                                  *and Olivares*

I hereby certify that on the 27th day of January 2022, I filed the foregoing electronically through the CM/ECF System which caused all parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Christa M. Hazlett*
Christa M. Hazlett