# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*DeVargas v. Board of County Commissioners for Santa Fe County*
21cv271 RB/SCY

May 25, 2022, at 2:30 p.m.

**PLAINTIFF'S ATTORNEYS PRESENT:**   Richard Rosenstock
                                     Daniel Yohalem

**DEFENDANTS' ATTORNEYS PRESENT:**   Jonlyn Martinez
                                     Christa Hazlett

**TYPE OF PROCEEDING:** Discovery Conference
Total Time – 5 minutes

**CLERK'S MINUTES:**

- The Court holds this informal discovery conference to discuss a dispute that arose after the settlement conference.
- The Court provided the parties with a mediator's number. Defendants have indicated that the review and approval process for the mediator's number could take up to a month, although they will try to obtain an answer sooner. The Court notes that its number is open until no later than June 24, 2022 but requests Defendants to attempt to obtain an answer as quickly as possible.
- Defendants requested a stay of discovery while the parties consider the mediator's number. Plaintiff agrees that depositions should not be taken while consideration of the mediator's number is pending, but asserts that written discovery should continue. Plaintiff notes that it has issued revised requests for production of documents in response to the Court's recent order and that responses to those requests are due June 13.
- Ms. Martinez agrees that her client will continue working on producing discovery within their possession responsive to the Court's recent Order.
- The Court orders the stay of any other discovery for at least two weeks. The Court extends Plaintiff's deadline to respond to Plaintiff's recent requests for production currently due June 13 until June 27.

- If the Court has not heard from the parties regarding its mediator's number within two weeks, it will set up a status conference at which time it would be inclined to lift its stay of discovery.
- The parties concur.
- Plaintiff asserts that the Court should order medical board to disclose documents the Court ordered it to disclose in its recent order. The Court declines to address the issue at this time.
- The Court concludes the conference.